**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01017-CV

## IN THE MATTER OF CYNTHIA HOUSTON & CHARLES ANTHONY ALLEN SR.

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

The Court has before it appellant's August 26, 2013 motion to transfer original application for protective order to the Court of Appeals. The Court **DENIES** the motion. The Court also has before it appellant's August 26, 2013 motion for extension of time. Appellant's brief will not be due until thirty days after the clerk's record and reporter's record have been filed. Therefore, the motion is **DENIED** as premature.

/s/ ELIZABETH LANG-MIERS
   JUSTICE